**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EVERLIGHT ELCTRONICS, CO. LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00126-JRG |
| | § | |
| IKEA US RETAIL LLC, and IKEA NORTH | § | |
| AMERICA SERVICES, LLC | § | |
| | § | |
| *Defendants.* | § | |

**<u>ORDER</u>**

Before the Court is the Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) Without Prejudice (the "Notice") filed by Plaintiff Everlight Electronics, Co., Ltd. (Dkt. No. 11.) In the Notice, Plaintiff dismisses all claims IKEA US Retail LLC and IKEA North America Services, LLC (the "Defendants") without prejudice. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So **ORDERED** and **SIGNED** this 6th day of July, 2023.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE